GEORGE E. PRICE, on Behalf of Himself and All Other Stockholders of PHOENIX SECURITIES CORPORATION, Respondent, v. WALLACE GROVES, Appellant, Impleaded with Others.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.